IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
**Plaintiff**

    vs.                                        **CASE NO. 3:97CR0067-005(SEC)**

**RAMON ENCARNACION- LLANOS**
**AKA. "PITO"**
**Defendant**
* * * * * * * * * * * * * * * * * * * *

**MOTION NOTIFYING VIOLATION TO THE SUPERVISED RELEASE CONDITIONS**

TO THE HONORABLE SALVADOR E. CASELLAS
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, Orlando Rullán, U.S. Probation Officer of this Court,** presenting an official report on the conduct and attitude of releasee, Ramón Encarnación Llanos, who on March 18, 1999, was sentenced to a one hundred and twenty (120) months imprisonment term followed by a five (5) year supervised release term for violation to **Title 21:952(a)&963,** conspiracy to import approximately 2.68 kilograms of heroin; **Title 21:843(b),** use of a communication facility in the commission of a drug offence, **Title 21:841(a)(1),&846** conspiracy to possess and distribute approximately 2.68 kilograms of heroin, and **Title 21;846,&Title18:2,** attempt to distribute approximately 2.68 kilograms of heroin and aiding and abetting. Mr. Ramón Encarnación commenced his supervised release term on December 22, 2005.

RESPECTFULLY PRAYING AS FOLLOWS:

      **1.VIOLATION OF STATUTORY SUPERVISED RELEASE CONDITION.**

"**THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL STATE OR LOCAL CRIME**".

On September 14, 2007, Mr. Ramón Encarnación Llanos was arrested by agents of the Bureau of Alcohol, Tobacco and Firearms (ATF). Mr. Encarnación Llanos was charged with possession of five (5) kilograms of cocaine in Case Number 07-387(JAF).

On September 17, 2007, the Honorable Justo Arenas, Chief Magistrate Judge ordered the temporary detention of Mr. Ramón Encarnación Llanos.

**2..STANDARD SUPERVISED RELEASE CONDITION NO. 11 - "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY TWO HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER".**

Mr. Ramón Encarnación Llanos failed to notify the charges that were filed against him as required.

**WHEREFORE**, in light of the aforementioned violation incurred by Mr. Ramón Encarnación, it is respectfully requested that the Court issue an arrest warrant, and Order the Warden of the Metropolitan Detention Center in Guaynabo Puerto Rico to produce this defendant before the Honorable Court to show cause why his supervised release term should not be revoked; thereupon he to be dealt pursuant to law.

In San Juan, Puerto Rico, this 1st day of October 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*s/Orlando Rullán*
Orlando Rullán
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 766-6503
Fax: (787) 766-5945
E-mail: orlando_rullan@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that on October 1, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rosa E. Rodriguez, U.S. Attorney, and to Joseph Laws, Federal Public Defender.

At San Juan, Puerto Rico, October 1, 2007.

*s/Orlando Rullán*
Orlando Rullán
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 766-6503
Fax: (787) 766-5945
E-mail: orlando_rullan@prp.uscourts.gov