IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ENCARNACION-LLANOS<br><br>Defendant. | CASE NO.: 97-005(SEC)(MEL) |

INFORMATIVE MOTION AND REQUEST THAT COUNSEL LORENZO PALOMARES
BE ALLOWED SUBTITUTE THE UNDERSIGNED AT THE PRELIMINARY
REVOCATION HEARING

TO THE HONORABLE COURT:
HON. MARCOS E. LOPEZ
U.S. MAGISTRATE JUDGE

COMES NOW the undersigned Attorney, and very respectfully states and prays as follows:

1. Yesterday, November 07, 2007, the undersigned was appointed to represent Mr. Encarnación on Friday, November 9, 2007, at 9:15 am. The undersigned will be out of the District. To avoid delay and asking for continuance the undersigned has asked and Counsel Lorenzo Palomares has accepted, to substitute the undersigned at the Preliminary Revocation Hearing.

2. I will meet with my client today and inform him of all the facts, the applicable law and the process. Although, I note that he has been represented by brother counsel Max Perez-Bouret for over a month now, and that he has fully explained the process to Mr. Encarnación.

**FOR THE FOREGOING REASONS**, the undersigned respectfully requests that the Court acknowledge the presentand allow brother counsel Palomares to substitute me in Friday's hearing.

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this November 7, 2007.

/S/ RAYMOND L. SANCHEZ-MACEIRA
RAYMOND L. SANCHEZ-MACEIRA
SANCHEZ-MACEIRA LAW OFFICE
361 DEL PARQUE ST.
SAN JUAN, PUERTO RICO 00912
TEL (787) 721-3370
FACSIMILE: (787) 721-4706
SANCHEZLAW@PRTC.NET