AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE           DISTRICT OF           PUERTO RICO

UNITED STATES OF AMERICA,                **APPEARANCE**

v.                                       CRIMINAL NUMBER: 97-67(SEC)

RAMON ENCARNACION-LLANOS

To the Clerk of this court and all parties of record:

Enter my appearance as COUNSEL in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Desirée Laborde-Sanfiorenzo be terminated.

November 7, 2007
*Date*

s/ ***Dina Avila-Jimenez***
*Signature*

Dina Avila-Jimenez  Bar No. G00215
*Print Name*

350 Torre Chardón, Suite 1201
*Address*

San Juan, Puerto Rico 00918
*City*

(787) 766-5656
*Phone Number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ ***Dina Avila-Jiménez***
Dina Avila-Jiménez
Assistant U.S. Attorney- U.S.D.C. G00215
Torre Chardón, Room 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Telephone No. (787) 766-5656