IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**RAMON ENCARNACION LLANOS,**<br>Defendant. | **CRIMINAL NO. 97-67(SEC)** |

## MOTION TO WITHDRAW AS THE ASSISTANT
## UNITED STATES ATTORNEY OF RECORD

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

Attorney Desirée Laborde-Sanfiorenzo is no longer the prosecutor assigned to this case. Assistant United States Attorney Dina Avila has been assigned to the above referenced case. Consequently, it is respectfully requested that the Court accept this request to withdraw as attorney for the United States in this particular case.

THEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Desirée Laborde-Sanfiorenzo as the attorney for the prosecution in the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 7th day of November 2007.

s/ *Desirée Laborde-Sanfiorenzo*
Desirée Laborde-Sanfiorenzo - 208110
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico this 7th day of November 2007.

                                                            s/ *Desirée Laborde-Sanfiorenzo*
                                                            Desirée Laborde-Sanfiorenzo - 208110
                                                            Assistant U.S. Attorney
                                                            Torre Chardón, Room 1201
                                                            350 Carlos Chardón Avenue
                                                            San Juan, PR 00918
                                                            Tel. (787) 766-5656