## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                          DATE: 11-09-07

HONORABLE MARCOS E. LOPEZ, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ     CR. 97-067-05 (SEC)

C. REPORTER : FTR

USPO :  ORLANDO RULLAN          INT : ANNIE FLORES
==============================================================

UNITED STATES OF AMERICA          AUSA- MYRIAM FERNANDEZ

Plaintiff(s)

V.

RAMON ENCARNACION-LLANOS          LORENZO PALOMARES

Defendant(s)
==============================================================

    CASE CALLED FOR PRELIMINARY REVOCATION / SUPERVISED RELEASE HEARING . Attorney Lorenzo Palomares informed to the Court that he will be substituting counsel of record Raymond Sánchez-Maceira for purposes of this hearing. Testimony of Orlando Rullan heard on behalf of the government.  Arguments by both parties heard.

    Magistrate López entered his findings of probable cause as to allegation # 1 contained in docket 226. The Court did not found probable cause a to allegation # 2.

    Case is referred to Honorable Judge Casellas for Final Revocation Hearing . Defendant shall remain detained .

S/ Carlos J. Rodríguez
Deputy Clerk
