UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **CASE NO. 97-67(SEC)** |
| v. | |
| **RAMON ENCARNACION-LLANOS,** | |
| Defendants. | |

**MOTION FOR ADJOURNMENT OF FINAL REVOCATION HEARING**

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. On September 19, 2007, defendant was indicted by a Federal Grand Jury for violating Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, that is, aiding and abetting another in the possession with the intent to distribute 5 kilograms or more of cocaine. **(See 07-387(JAF), D.E. 11).**

2. The attorney representing defendant in Criminal Number 07-387(JAF) is Jose Romo Matienzo, Esquire.

3. The attorney representing defendant in the revocation of his supervised release under 97-67(SEC) is Raymond Sanchez Maceira, Esquire. The Final Revocation Hearing for this defendant under 97-67(SEC) is scheduled for today at 11:00 a.m.

4. However, defendant will be pleading guilty to Indictment 07-387(JAF) **today** at 1:30 pm before Honorable Chief Judge Jose A. Fuste.

5. The undersigned has spoken with both attorneys for defendant and we are all in agreement that the Final Revocation Hearing should be held at the conclusion of the case in 07-387(JAF).

6. Thus, the United States is respectfully requesting that the Final Revocation Hearing for this case be moved to a later date given that none of the parties object to this and given that they are interested in seeking the final resolution of 07-387(JAF) before they address defendant's revocation under 97-67(SEC).

**WHEREFORE,** the United States of America respectfully request that this Honorable Court enter an Order adjourning the Final Revocation Hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this November 30, 2007.

> ROSA EMILIA RODRIGUEZ VELEZ
> UNITED STATES ATTORNEY
>
> s/Dina Avila-Jiménez - 224202
> Assistant U.S. Attorney
> Torre Chardon, Room 1201
> 350 Carlos Chardon Avenue
> San Juan, PR 00918
> Tel. (787) 766-5656
> Fax: (787) 766-5398

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 30th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 30th day of November, 2007.

> /S/ Dina Avila-Jiménez
> Dina Avila-Jiménez - USDC 224202
> Assistant United States Attorney