# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL           District of           PUERTO RICO

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

RAMON ENCARNACION-LLANOS
Calle Gardenia #151 Round Hills
Trujillo Alto, Puerto Rico
Tel. 787-354-2018

Case Number: Cr. 97-67-005 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest           **RAMON ENCARNACION-LLANOS**
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  **X Supervised Release Violation Petition**  ☐ Violation Notice

charging him or her with (brief description of offense)

**See motion and Order. Preliminary Hearing on Supervised Release scheduled for November 5, 2007 at 9:15 A.M. before Magistrate Judge Marcos E. López.**

in violation of Title _____ United States Code, Section(s) _____

MARCOS E LÓPEZ
Name of Issuing Officer

s/Minerva Figueroa
Signature of Issuing Officer  By Minerva Figueroa, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

October 29, 2007, AT HATO REY, PUERTO RICO
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 10-29-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11-9-07 | USMS | By: [signature] |