UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

**CASE NO. 97-67(SEC)**

v.

**RAMON ENCARNACION-LLANOS,**

Defendant.

## MOTION FOR RESCHEDULING OF FINAL REVOCATION HEARING

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. On September 19, 2007, defendant was indicted by a Federal Grand Jury for violating Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, that is, aiding and abetting another in the possession with the intent to distribute 5 kilograms or more of cocaine. **(See 07-387(JAF), D.E. 11).**

2. The attorney representing defendant in Criminal Number 07-387(JAF) is Jose Romo Matienzo, Esquire.

3. The attorney representing defendant in the revocation of his supervised release under 97-67(SEC) is Raymond Sanchez Maceira, Esquire.

4. The Final Revocation Hearing for this defendant under 97-67(SEC) was originally set for November 30, 2007.

5. However, because defendant was pleading guilty to Indictment 07-387(JAF) **on the same date** before Honorable Chief Judge Jose A. Fuste, the undersigned requested that the hearing be postponed.

6. This Honorable Court continued the hearing *sine die*.

7. On February 27, 2008, defendant was sentenced before Honorable Chief Judge Jose A. Fuste in Criminal Case No. 07-387(JAF).

8. As a result, the United States is respectfully requesting that this Honorable Court reschedule the Final Revocation Hearing at a date most convenient for this Honorable Court.

**WHEREFORE,** the United States of America respectfully request that this Honorable Court enter an Order rescheduling the Final Revocation Hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this March 2, 2008.

> ROSA EMILIA RODRIGUEZ VELEZ
> UNITED STATES ATTORNEY
>
> s/Dina Avila-Jiménez - 224202
> Assistant U.S. Attorney
> Torre Chardon, Room 1201
> 350 Carlos Chardon Avenue
> San Juan, PR 00918
> Tel. (787) 766-5656
> Fax: (787) 766-5398

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 2nd day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> /S/ Dina Avila-Jiménez
> Dina Avila-Jiménez - USDC 224202
> Assistant United States Attorney