# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO         DATE: MARCH 14, 2008

COURT REPORTER: FTR/sld                       **CRIM. NO. 97-067 (05)(SEC)**

COURT INTERPRETER: HILDA GUTIERREZ

========================================================================
Attorneys:

UNITED STATES OF AMERICA              SAUSA, MARITZA MALDONADO

vs.

RAMON ENCARNACION-LLANOS              RAYMOND SANCHEZ-MACEIRA
U/C-14620-069
========================================================================

The defendant is present in court.  He is  _x_ under custody  ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

_X_   Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   MARCH 18, 1999 is REVOKED**.

**SENTENCE**: Imprisonment for a term of 12 months. To be served **consecutively** to the Sentene imposed in 07-CR-387(JAF) on February 27, 2008.

S/ Sulma López-Defilló

Courtroom Deputy Clerk
