**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIM NO. 97-067(SEC) |
| | ) |
| RAMON ENCARNACION-LLANOS, | ) |
| | ) |
| Defendant | ) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

　　COMES NOW the Appellant Ramón Encarnación-Llanos, represented by the undersigned, and before this Honorable Court states that notice is hereby given that defendant appeals to the United States Court of Appeals for the First Circuit from a final judgment entered on **March 14,2008.**

　　in view of the foregoing, we request that this request be noted.

　　RESPECTFULLY SUBMITTED,

　　　　　　　S/RAYMOND L. SANCHEZ MACEIRA
　　　　　　　RAYMOND L. SANCHEZ MACEIRA, ESQ.
　　　　　　　USCA No.: 34191

　　　　　　　CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY: That on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the ausa in charge of the case.

　　IN SANTURCE P.R. March 17, 2008
　　　　　　　S/RAYMOND L. SANCHEZ MACEIRA
　　　　　　　RAYMOND L. SANCHEZ MACEIRA, ESQ.
　　　　　　　USDC  NO. 211405
　　　　　　　COUNSEL FOR DEFENDANT
　　　　　　　361 DEL PARQUE
　　　　　　　MAGDALENA TOWER SUITE 203
　　　　　　　SANTURCE P.R. 00912
　　　　　　　TEL. 787-721-3370/ FAX 787-721-4706

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25