UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** April 14, 2008

**DC #:** 97-067 (SEC)

**APPEAL FEE PAID:** YES ____ NO  X

**CASE CAPTION:** USA  v.  Sims-Obando
Defendant: Ramón Encarnación-Llanos  (5)

**IN FORMA PAUPERIS:** YES  X   NO ____

**MOTIONS PENDING:** YES ____ NO  X

**NOTICE OF APPEAL FILED BY:**  Defendant

**APPEAL FROM:**  Judgment for Revocation entered on 03/14/08

**SPECIAL COMMENTS:**  Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                          **VOLUMES:**

**Docket Entries**   226-228, 231, 235, 240, 242, 243, 247, 248, 250-252                I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Appeals Clerk