# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

RAMON ENCARNACION-LLANOS
Calle Gardenia #151 Round Hills
Trujillo Alto, Puerto Rico
Tel. 787-354-2018

**WARRANT FOR ARREST**

Case Number: Cr. 97-67-005 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **RAMON ENCARNACION-LLANOS**
                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  **X Supervised Release Violation Petition**  ☐ Violation Notice

charging him or her with   (brief description of offense)

**See motion and Order. Preliminary Hearing on Supervised Release scheduled for November 5, 2007 at 9:15 A.M. before Magistrate Judge Marcos E. López.**

in violation of Title _____ United States Code, Section(s) _____

MARCOS E LÓPEZ
Name of Issuing Officer

s/Minerva Figueroa
Signature of Issuing Officer  By Minerva Figueroa, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

October 29, 2007, AT HATO REY, PUERTO RICO
Date and Location

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the District of Puerto Rico
By: _____
DEPUTY CLERK
Date: Oct. 29, 2007

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 10-29-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11-5-07 | USMS | By: [signature] |