≈AO 245D   (Rev. 12/03) Amended Judgment in a Criminal Case for Revocations   (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT

FOR   District of   PUERTO RICO

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

RAMON ENCARNACION-LLANOS
a/k/a "PITO CASCO"

Case Number:   97-CR-067 (05) (SEC)

USM Number:   **(*) 14620-069**

RAMOND SANCHEZ-MACEIRA
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   STANDARD #1   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition #1 | Failure to comply with the imposed supervision conditions by engaging in new criminal behavior. | 09/14/07 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's Residence Address:

Defendant's Mailing Address:

October 14, 2008
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT JUDGE
Name and Title of Judge

October 14, 2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: RAMON ENCARNACION-LLANOS
CASE NUMBER: 97-CR-067 (05) (SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**(12) TWELVE MONTHS to be served CONSECUTIVELY to the sentence imposed in 07-CR-387(1)(JAF) on 02/27/08.**

The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL